No. 530. NORTH MICHIGAN WATER COMPANY *v.* CITY OF ESCANABA ET AL.  October 28, 1918.  Petition for a

writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Arthur H. Ryall* and *Mr. John E. Tracy* for petitioner. *Mr. Alfred Lucking* for respondents.